**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Jared Maag |
|---|---|
| Plaintiff, | |
| v. | Case No: 18-40049-DDC |
| TIMOTHY HOGGAN | John Kerns, CJA |
| Defendant. | |

| JUDGE: | Judge Sebelius | DATE: | 6/5/2018 |
|---|---|---|---|
| CLERK: | Sheryl Gilchrist | TAPE/REPORTER: | FTR Network @ 2:39 PM |
| INTERPRETER: | | PROBATION: | Corey Kirk |

## PROCEEDINGS

☒ Initial Rule 5/Rule 5(c)(3) - 5 min.   ☐ Initial Revocation Hearing – min.   ☐ Bond Hearing – min.
☒ Detention Hearing – 9 min.   ☐ Preliminary Hearing – min.   ☐ Bond Revocation Hearing – min.
☒ Arraignment – 1 min.   ☐ Pretrial Conference
☒ Discovery Conference – 1 min.

☒ Charges and penalties explained to defendant   ☐ Defendant sworn/examined re: financial status
☐ Counsel appointed

☒ Constitutional Rights Explained
☒ Felony   ☐ Misdemeanor
☐ Declines to Waive Indictment   ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment   ☐ Information filed Click here to enter text.
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____

☒ Waived Reading of:   ☐ Read to Defendant:
   ☒ Indictment
   ☐ Information
   ☐ Number of Counts: 1 + forfeiture
☐ Guilty   ☒ Not Guilty
☐ Bail Revoked
☐ Bail Fixed at: $_____
☐ Release Order executed   ☐ Continued on Present Bail
☒ Remanded to Custody

☒ Case Management Order will be issued by Magistrate Judge Sebelius
☒ Scheduling and Status Conference:   7/16/18 @ 9:00 AM before Judge Crabtree
☐ Defendant's next appearance: _____ @ before _____

☒ **OTHER:** Defendant appears in person in custody and with counsel of record. Government moves for pretrial detention. The court, after hearing the proffers and arguments of counsel, GRANTS government's motion for pretrial detention. The court finds that the government has established by a preponderance of the evidence the defendant is a serious risk of flight and has established by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Defendant enters a not guilty plea to the charge in the indictment. Defendant remanded to custody.